AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means              ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) Case No. 1:24-MC-00171 ) ) ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____  District of _____
*(identify the person or describe the property to be searched and give its location)*:

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for \_\_\_\_\_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____

*SESchwab*
*Judge's signature*

City and state: _____

*Printed name and title*

| **Return** |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

*Executing officer's signature*

*Printed name and title*

## ATTACHMENT A

United States Postal Service Priority Mail parcel bearing tracking #9505510687724054640455 addressed to Emanuel Rivera Reyez 143 Apple St. Apt 28 Mifflin, PA 17058 measuring approximately 12.25" x 12" x 6" and weighing approximately 9 pounds 13.8 ounces. The return address listed on the parcel is Alondra Rivera Urd. Vista Verde Calle 18 Casa 663 Aguadilla, PR 00603. The parcel is currently located at the U.S. Postal Inspection Service Harrisburg Office. A photo is attached hereto as Attachment A-1.

## ATTACHMENT A-1

